No. 10-9522. Frederick Patterson, Petitioner v. Robert P. Houston, Director, Nebraska Department of Correctional Services.

563 U.S. 965, 131 S. Ct. 2163, 179 L. Ed. 2d 945, 2011 U.S. LEXIS 3241.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-9550. Hernan Orozco, Petitioner v. Norm Kramer, Executive Director, Coalinga State Hospital.

563 U.S. 966, 131 S. Ct. 2163, 179 L. Ed. 2d 945, 2011 U.S. LEXIS 3254.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-9569. Ronald Hill, Petitioner v. Ohio.

563 U.S. 966, 131 S. Ct. 2163, 179 L. Ed. 2d 945, 2011 U.S. LEXIS 3233, ■

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-9589. William B. Greene, Petitioner v. Stephen D. Sinclair, Superintendent, Washington State Penitentiary.

563 U.S. 966, 131 S. Ct. 2163, 179 L. Ed. 2d 945, 2011 U.S. LEXIS 3336.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 386 Fed. Appx. 602.

No. 10-9613. Willie James Jones, Petitioner v. Shirlee Harry, Warden.

563 U.S. 966, 131 S. Ct. 2163, 179 L. Ed. 2d 945, 2011 U.S. LEXIS 3304.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 405 Fed. Appx. 23.

No. 10-9634. Dante Overby, Petitioner v. Pennsylvania.

563 U.S. 966, 131 S. Ct. 2164, 179 L. Ed. 2d 945, 2011 U.S. LEXIS 3276.

April 25, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 991 A.2d 360.

No. 10-9643. Troy V. Cleveland, Petitioner v. Jimmy D. Whitehead, Warden.

563 U.S. 966, 131 S. Ct. 2164, 179 L. Ed. 2d 945, 2011 U.S. LEXIS 3250.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 815.